UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BAPTIST CHURCH RESTORED INC.,

      Plaintiff,

v.

GENERAL STAR INDEMNITY COMPANY,

      Defendant,

Case No. 2:24-CV-120-JLB-KCD

## ORDER

Plaintiff Baptist Church Restored, Inc. moves for an order compelling "Defendant to participate in the coordination and scheduling of mediation." (Doc. 22 at 1.) But the parties already mediated this case and impassed. (Doc. 11.) The Court's scheduling order does not require multiple mediations. And nowhere in the record has a second mediation been ordered. Finally, Plaintiff offers no argument or authority that would allow the Court to award the relief sought. Accordingly, Plaintiff's Motion to Compel Mediation (Doc. 22) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida on October 25, 2024.

Kyle C. Dudek
United States Magistrate Judge